IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                          ) Chapter 7 Case No. 11-10245
                                )
    Brett Alan Diar             ) Bankruptcy Judge Morgenstern-Clarren
                                )
        Debtor                  )

## NOTICE OF MOTION TO DISMISS

The Trustee, Sheldon Stein, has filed papers with the court seeking dismissal of your case.

**Your rights may be affected. You should read these papers carefully, and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to granted the motion and dismiss this case, or if you want the court to consider your views on the motion, then on or before March 3, 2011, you or your lawyer must:

File a written response to the motion, explaining your position, at:

Clerk of Courts
United States Bankruptcy Court
H.M. Metzenbaum U.S. Court House
201 Superior Avenue
Cleveland, Ohio 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Sheldon Stein, Trustee
Post Office Box 5606
Cleveland, Ohio 44101

Attend the hearing on the objection, scheduled to be held on March 10, 2011, at 8:30 a.m. in courtroom #2A of United States Bankruptcy Court, H.M. Metzenbaum U.S. court House, 201 Superior Avenue, Cleveland, Ohio 44114. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take **all** of these steps, the court may decide that you do not oppose the relief sought in the motion, and may thereafter enter an order granting that relief without a hearing.

/s/ Sheldon Stein  
Sheldon Stein, Trustee (0007292)  
400 Terminal Tower  
Post Office Box 5606  
Cleveland, OH 44101  
(216) 696-7449

Service

A copy of this document was sent electronically to Diana Khouri, debtors counsel and by regular U.S. mail on February 16, 2011, to the debtor, Brett Alan Diar, 4915 Toledo Avenue, Lorain, Ohio 44055.

/s/ Sheldon Stein  
Sheldon Stein, Trustee