**This document was signed electronically on March 15, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: March 15, 2011**



_____
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Chapter 7 Case No. 11-10245 |
| | ) |
| Brett Alan Diar | ) Bankruptcy Judge Morgenstern-Clarren |
| | ) |
| Debtor | ) |

### JOURNAL ENTRY

This cause came before the court upon the Motion to Dismiss filed by the Chapter 7 Trustee, Sheldon Stein.

Upon due consideration, and for good cause shown, the motion is granted, and this case be and is hereby dismissed.

Submitted by:

/s/ Sheldon Stein
Sheldon Stein, Trustee (0007292)
400 Terminal Tower
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449

Service List:

Sheldon Stein, Trustee
(electronically)

Diana Khouri
(electronically)

Brett Alan Diar
4915 Toledo Avenue
Lorain, Ohio 44055
 (regular U.S. mail)

# # #

United States Bankruptcy Court
Northern District of Ohio

In re:  
Brett Alan Diar  
    Debtor

Case No. 11-10245-pmc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0647-1      User: vdomb      Page 1 of 1      Date Rcvd: Mar 15, 2011  
                       Form ID: pdf727    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2011.
```
db          +Brett Alan Diar,    4915 Toledo Ave,    Lorain, OH 44055-3039
20288485    +CREDIT ACCEPTANCE,    PO BOX 513,    SOUTHFIELD, MI 48037-0513
20288487    +FIRST FEDERAL CREDIT CONTROL,    24700 CHAGRIN BLVD STE 205,    CLEVELAND, OH 44122-5662
20288488   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO CREDIT SERVICES,    PO BOX 8547,    PHILADELPHIA, PA   19101)
20288489    +PREMIUIM ASSET RECOVERY,    350 JIM MORAN BLVD STE 210,    DEERFIELD BEACH, FL 33442-1782
20288490    +UNITED COLLECT BUR INC,    PO BOX 140190,    TOLEDO, OH 43614-0190
20288491   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 108,    SAINT LOUIS, MO   63166)
20288492    +US DEPT OF ED/FISL/CHI,    PO BOX 8422,    CHICAGO, IL 60680-8422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20288484    +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 15 2011 21:43:32     ALLIANCE ONE,
             1684 WOODLANDS DR STE 150,    MAUMEE, OH 43537-4026
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20288486     Creditor Name,   Street address,   City,    Zip
                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2011**          **Signature:** _Joseph Speetjens_