**Diana Khouri**

6300 Rockside Road #204

Cleveland, OH 44131

1-866-964-7275

### U.S. Bankruptcy Court
### Northern District of Ohio (Cleveland)

| | |
|---|---|
| **DEBTOR** | )   **Bankruptcy Petition #: 11-10245** |
| **BRETT ALAN DIAR** | ) |
| | ) |
| | ) **Chapter 7** |
| | |
| | )   **DEBTORS' FIRST AMENDED MOTION TO** |
| | **VACATE THE ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE PAT E. MORGENSTERN-CLARREN, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtor by and through his attorney of record and files this his First Amended Motion to Vacate the Order of Dismissal which was entered by this Court on March 15, 2011 and would respectfully show the court as follows:

1.      This Chapter 7 proceeding was dismissed on March 15, 2011 because of the Debtor's failure to appear at his 341 hearing scheduled on February 14, 2011.

2.      Debtor's failure to appear was due to a miscommunication between Debtor and Debtor's attorney's office staff as to the time and place of the hearing.

WHEREFORE, Debtor prays for an Order:

A.      Reopening this Chapter 7 proceeding; and

B.      Granting such other relief as the Court deems proper.

DATED: April 4, 2011.

Respectfully Submitted,

/s/ Diana Khouri _____
**Diana Khouri** (0067530)
Attorney for Debtor

## CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 4th day of April, 2011 on the following parties affected thereby:

Trustee
**Sheldon Stein**
50 Public Square, Ste. 400
Post Office Box 5606
Cleveland, OH 44101

Office of The United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East
Suite 441
Cleveland, Ohio 4411

/s/ Diana Khouri

Diana Khouri