UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 11-10245
)
BRETT ALAN DIAR, ) Chapter 7
)
      Debtor. ) Judge Pat E. Morgenstern-Clarren
)
) **ORDER**

    This case was dismissed on March 15, 2011. (Docket 11). On April 4, 2011, debtor's attorney Diana Khouri filed a motion to vacate the dismissal. (Docket 14). Ms. Khouri was advised to notice the motion for hearing, but failed to do so. (Docket 16). Ms. Khouri is, therefore, to appear on **September 8, 2011** at 8:30 a.m. in Courtroom #2A, U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114 to address this issue.

    IT IS SO ORDERED.

                                      /s/ Pat E. Morgenstern-Clarren
                                      Pat E. Morgenstern-Clarren
                                      United States Bankruptcy Judge

To be served by clerk's office by regular U.S. mail: Diana Khouri, Esq. at 6300 Rockside Road #204, Cleveland, Ohio 44131